# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Christopher Tranchina             Cr.: 09-00134-001
                                                                                            PACTS #: 53780

Name of Sentencing Judicial Officer: The Honorable Joseph A. Greenaway, Jr., U.S. District Court Judge

Date of Original Sentence: July 16, 2009

Original Offense: Kickback and Fraud Conspiracy- 18 USC: 371 (Count One)

Original Sentence: As to Count One, the offender was committed to the custody of the U.S. Bureau of Prisons for a period of 20 months, to be followed by a 3 year term of Supervised Release. Special conditions of his term of supervised release were as follows: 1) Financial Disclosure; 2) No new lines of debit or credit; 3) DNA Collection; and Restitution in the amount of $154,597.28.

**\*On August 6, 2010, this case was reassigned to the Honorable Susan D. Wigenton, U.S. District Court Judge**

Type of Supervision: Supervised Release          Date Supervision Commenced: February 24, 2011

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

1.                   The defendant was ordered to pay restitution in the amount of $154,597.28, at the rate of $200.00 per month.

U.S. Probation Officer Action:

Throughout his term of supervision, Mr. Tranchina has fully complied with all conditions of his supervision. He has maintained gainful employment, made regular payments towards his restitution, and has had no new arrests. To date, he has paid restitution in the amount of $47,862.30, with an outstanding balance of $106,734.98. We believe that the offender has paid to the best of his ability and recommend that his term of supervision be permitted to expire, as scheduled. The U.S. Attorney's Office, Financial Litigation Unit, will be made aware of the offender's upcoming scheduled expiration of supervised release, and will continue to enforce collection beyond his term of supervision.

                                                                            Respectfully submitted,

                                                                            By: Colleen P. Butterwick
                                                                                Sr. U.S. Probation Officer
                                                                                Date: January 21, 2014

***No Response is necessary unless the court directs that additional action be taken as follows:***

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

Jan 29 2014
_____
Date